UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA ESCOBEDO RODRIGUEZ,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.<br>Respondents. | Case No. 5:26-cv-04078-DKW-CTS<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, Reply, and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge, dated August 24, 2026, Dkt. No. 10. No objections were filed, and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United State Magistrate Judge's Report and Recommendation, Dkt. No. 10, is accepted and adopted;
2. The Petition is granted on the Fifth Claim for Relief;
3. The Petition's remaining claims for relief are denied without prejudice;
4. Respondents are directed to immediately release Petitioner Jose Maria

Escobedo Rodriguez (A# 245-779-221), pursuant to the same conditions that were in place prior to his re-detention;

5. Respondents are further directed to file a Notice of Compliance, notifying the Court that Petitioner has been released, consistent with the directions above, within three calendar days;

6. Respondents are enjoined and restrained from re-detaining Petitioner absent compliance with constitutional protections, including explanation of the reasons for re-detention and an opportunity to be heard before an immigration judge at which the government will bear the burden of establishing by clear and convincing evidence that detention is appropriate to prevent Petitioner’s flight or to protect the public;

7. Respondents are directed to return all Petitioner’s personal property and documents seized at the time of Petitioner’s detention; and

8. Judgment will be concurrently entered accordingly.

DATED: August 28, 2026 at Honolulu, Hawai’i.

/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge