UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JOSE MARIA ESCOBEDO RODRIGUEZ,

Petitioner,

v.

FERETI SEMAIA, et al.

Respondents.

Case No. 5:26-cv-04078-DKW-CTS

**JUDGMENT**

Pursuant to the Court's Order Accepting and Adopting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Fifth Claim for Relief of the Petition is granted, and all remaining claims for relief are denied without prejudice as moot.

DATED: August 28, 2026 at Honolulu, Hawai'i.

/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge